# Blake, Robert - True Accord

Print  Delete  Edit

### FWD: Fw: Attention: Robert Blake



Incoming Email
0 Attachments

**To:** tbradburn@bradburnlaw.com
**From:** rjremodels@yahoo.com
**Sent:** Fri Mar, 06 2020 4:28 pm
**Case Link:** Blake, Robert - True Accord | **Contact Link:** Robert Blake (Client)

---

**From:** "Robert Blake" <rjremodels@yahoo.com>
**Date:** Fri, Oct 11, 2019 10:07 am
**To:** "MR.Thomas Bradburn" <tbradburn@bradburnlaw.com>
**Subject:** Fw: Attention: Robert Blake

----- Forwarded Message -----
**From:** Bobby Blake <bobbybcfc@yahoo.com>
**To:** Bobby Blake <rjremodels@yahoo.com>
**Sent:** Friday, October 11, 2019, 9:59:22 AM EDT
**Subject:** Fw: Attention: Robert Blake


----- Forwarded Message -----
**From:** Eric Lee <eric@notify.trueaccord.com>
**To:** Robert Blake <BOBBYBCFC@YAHOO.COM>
**Sent:** Thursday, October 10, 2019, 2:40:36 PM EDT
**Subject:** Attention: Robert Blake


**This is an important message for Robert Blake. If you are not this person, please disregard and delete it.**

TrueAccord account number: 47-41-7502-42235

| | |
|---|---|
| **Attention:** | Robert Blake |
| **At:** | 9430 MERCURY DR<br>INDIANAPOLIS, IN 462291245 |
| **Account Number:** | 47-41-7502-42235 |

We have been retained by Merrick Bank for a limited amount of time to help you resolve your late balance of $2,723.67. Merrick Bank sent us your information in order to collect this overdue balance.

We request that you make a payment and resolve your balance.

Please click here to view your payment options. You can also respond to this email with any questions.

Regards,
Eric Lee
TrueAccord
(866) 611-2731


This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.


Copyright © 2019 TrueAccord
303 2nd Street, Suite 750 South, San Francisco, CA 94107