UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Robert Blake, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 1:20-cv-2613-SEB-MJD |
| | ) |
| TrueAccord Corp., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and Fed.R.Civ.P. 41, hereby submits his Notice of Voluntary Dismissal of this action WITH PREJUDICE.

Date: July 15, 2021.

Respectfully submitted,

COUNSEL FOR PLAINTIFF:

/s/ Thomas G. Bradburn

Thomas G. Bradburn (15377-49)
Bradburn Law Firm
52 South 9th Street, Suite 10
Noblesville, Indiana 46060
(317) 475-0826
tbradburn@bradburnlaw.com